# REQUEST AND AUTHORIZATION FOR TRANSCRIPT

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| 0422 | Merrill Robertson Jr. | | 0422.0002554 |
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>3:16-CR-00133-1-JAG | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF *(Case Name)*<br>US v. Robertson | 8. PAYMENT CATEGORY<br>☒ Felony ☐ Petty Offense<br>☐ Misdemeanor ☐ Other<br>☐ Appeal | 9. TYPE PERSON REPRESENTED<br>☒ Adult Defendant ☐ Appellant<br>☐ Juvenile Defendant ☐ Appellee<br>☐ Other | 10. REPRESENTATION TYPE<br>Criminal Case |

11. OFFENSE(S) CHARGED *(Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense*
18:1349.F,18:1341.F,18:1957-5800.F,18:1344A.F

## REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED *(Describe briefly)*
Hearings from October 11, 2016 and January 25, 2017

13. PROCEEDING TO BE TRANSCRIBED *(Describe specifically). NOTE: The trail transcipts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14.)*

Hearings from October 11, 2016 and January 25, 2017

| 14. SPECIAL AUTHORIZATIONS | | | | | JUDGE'S INITIALS |
|---|---|---|---|---|---|
| A. Apportioned | 0% of transcript with *(Give case name and defendant)* | | | | |
| B. | ☐ 14-Day ☐ Expedited | ☐ Daily | ☐ Hourly Transcript | ☐ Realtime Unedited Transcript | |
| C. | ☐ Prosecution Opening Statement | ☐ Prosecution Argument | ☐ Prosecution Rebuttal | | |
| | ☐ Defense Opening Statement | ☐ Defense Argument | ☐ Voir Dire | ☐ Jury Instructions | |
| D. | In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act. | | | | |

| 15. ATTORNEY'S STATEMENT | 16. COURT ORDER |
|---|---|
| As the attorney for the person represented who is managed above, I hereby affirmthat the transcript requested is necessary for adequate representation. I therefore request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.<br><br>Patrick R. Hanes /S/          2/6/2017<br>Signature of Attorney              Date<br>Patrick R. Hanes<br>Printed Name<br>Telephone: 8044206455 | Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in item 15 is hereby granted.<br><br>/S/<br>Signature of Presiding Judicial Officer or By Order of the Court<br><br>Date of Order              Nunc Pro Tunc Date |

**GILBERT F. HALASZ**
Official Court Reporter
biggil5@verizon.net
U.S. Courthouse
701 East Broad Street
Richmond, VA 23219
(804) 916-2248

February 6, 2017

jsingh@williamsmullen.com.

Richmond, VA 23219

United States versus Robertson

Hearings from Oct. 11, 2016 and Jan. 25, 2017.

3:16CR133

41 pages @ $4..85 per:   $198.85

**TOTAL:   $198.85**

**PROMPT PAYMENT APPRECIATED**